DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

LUISA ORTIZ

Debtor

Chapter 13
Case No. 20-50018 MEH

**NOTICE OF UNCLAIMED DIVIDEND**
Claimant:
LUISA ORTIZ

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, unclaimed funds in the amount of $9,113.80. The name and last known address of the claimant entitled to the unclaimed dividend is as follows:

Luisa Ortiz
149 Senter Rd
San Jose, CA 95111

Dated: April 02, 2021

/s/ Devin Derham-Burk

DEVIN DERHAM-BURK, TRUSTEE